CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
Mail: 8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

LORRAINE ANDERSON (SBN: 100040)
Lorraine@Landersonlaw.com
2728 West 176th Street
Torrance, CA 90504
Telephone: (310) 515-1586
Facsimile: (310) 515 -1586
Attorneys for Defendants
ZAX Properties LLC and Alma J. Fuentes

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ORLANDO GARCIA | Case: 2:20-cv-11183-JFW-KS |
|---|---|
| Plaintiff, | |
| v. | **JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |
| ZAX PROPERTIES LLC, a California Limited Liability Company; ALMA J. FUENTES | |
| Defendants. | |

**STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: September 23, 2021     CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Seabock
    Amanda Seabock
    Attorneys for Plaintiff

Dated: September 23, 2021

By: /s/ Lorraine Anderson
    Lorraine Anderson
    Attorneys for Defendants
    ZAX Properties LLC and Alma J. Fuentes

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Lorraine Anderson counsel for ZAX Properties LLC and Alma J. Fuentes, and that I have obtained Ms. Anderson's authorization to affix her electronic signature to this document.

Dated: September 23, 2021        CENTER FOR DISABILITY ACCESS

                                           By: /s/ Amanda Seabock
                                                 Amanda Seabock
                                                 Attorneys for Plaintiff